# United States Bankruptcy Court
## Eastern District of Virginia - Alexandria

In re **The George Washington National Memorial Cemetery and Garden LLC**  Case No.  **10-16604**
Debtor(s)  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Atlantic-Pacific Enterprises 19 Potomac Overlook Lane Fredericksburg, VA 22406** | **Atlantic-Pacific Enterprises 19 Potomac Overlook Lane Fredericksburg, VA 22406** | **65.825 Acres Parcel 45-127F** | **Disputed** | **600,000.00 (894,900.00 secured) (12,997,292.74 senior lien)** |
| **Bennett Berarducci 4751 Pinnacle Drive Bradenton, FL 34208** | **Bennett Berarducci 4751 Pinnacle Drive Bradenton, FL 34208** | **65.825 Acres Parcel 45-127F** | | **287,500.00 (894,900.00 secured) (986,163.81 senior lien)** |
| **Dorothy S. Houck 705 Standish Drive Saint Augustine, FL 32086** | **Dorothy S. Houck 705 Standish Drive Saint Augustine, FL 32086** | **65.825 Acres Parcel 45-127F** | **Disputed** | **339,195.00 (894,900.00 secured) (9,797,629.74 senior lien)** |
| **Dorothy S. Houck 705 Standish Drive Saint Augustine, FL 32086** | **Dorothy S. Houck 705 Standish Drive Saint Augustine, FL 32086** | **65.825 Acres Parcel 45-127F** | | **604,191.00 (894,900.00 secured) (1,417,413.81 senior lien)** |
| **Greenhorn & Omara 6110 Frost Place Laurel, MD 20707** | **Greenhorn & Omara 6110 Frost Place Laurel, MD 20707** | **65.825 Acres Parcel 45-127F** | **Disputed** | **527,818.68 (894,900.00 secured) (2,165,354.81 senior lien)** |
| **Harry T. Hurley 449 Sunset Drive Hallandale, FL 33009** | **Harry T. Hurley 449 Sunset Drive Hallandale, FL 33009** | **65.825 Acres Parcel 45-127F** | | **520,625.00 (894,900.00 secured) (3,266,298.49 senior lien)** |
| **Harry T. Hurley 449 Sunset Drive Hallandale, FL 33009** | **Harry T. Hurley 449 Sunset Drive Hallandale, FL 33009** | **65.825 Acres Parcel 45-127F** | | **573,125.00 (894,900.00 secured) (2,693,173.49 senior lien)** |

In re **The George Washington National Memorial Cemetery and Garden LLC**

Case No. **10-16604**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Harry T. Hurley<br>449 Sunset Drive<br>Henderson, NV 89011 | Harry T. Hurley<br>449 Sunset Drive<br>Henderson, NV 89011 | 65.825 Acres<br>Parcel 45-127F | | 209,987.00<br>(894,900.00 secured)<br>(3,786,923.49 senior lien) |
| Irma B. Keefer-Armacost<br>341 Stoner Avenue<br>Westminster, MD 21157 | Irma B. Keefer-Armacost<br>341 Stoner Avenue<br>Westminster, MD 21157 | 65.825 Acres<br>Parcel 45-127F | | 239,250.00<br>(894,900.00 secured)<br>(4,314,389.49 senior lien) |
| James E. Burk<br>1818 N Street NW<br>#400<br>Washington, DC 20036 | James E. Burk<br>1818 N Street NW<br>#400<br>Washington, DC 20036 | 65.825 Acres<br>Parcel 45-127F | Disputed | 431,250.00<br>(894,900.00 secured)<br>(4,857,159.49 senior lien) |
| James LeMay<br>14990 East 12th Avenue<br>Aurora, CO 80011 | James LeMay<br>14990 East 12th Avenue<br>Aurora, CO 80011 | 65.825 Acres<br>Parcel 45-127F | Disputed | 431,250.00<br>(894,900.00 secured)<br>(5,288,409.49 senior lien) |
| John F. Pholeric, Jr.<br>1120 Clinch Road<br>Herndon, VA 20170 | John F. Pholeric, Jr.<br>1120 Clinch Road<br>Herndon, VA 20170 | 65.825 Acres<br>Parcel 45-127F | Disputed | 355,781.25<br>(894,900.00 secured)<br>(5,719,659.49 senior lien) |
| John Simpson<br>Cambridge Road<br>Fredericksburg, VA | John Simpson<br>Cambridge Road<br>Fredericksburg, VA | 65.825 Acres<br>Parcel 45-127F | | 431,250.00<br>(894,900.00 secured)<br>(6,075,440.74 senior lien) |
| Kenneth S. Armacost<br>341 Stoner Avenue<br>Westminster, MD 21157 | Kenneth S. Armacost<br>341 Stoner Avenue<br>Westminster, MD 21157 | 65.825 Acres<br>Parcel 45-127F | | 239,250.00<br>(894,900.00 secured)<br>(6,506,690.74 senior lien) |
| Perry Sisson<br>66 Le-Way Drive<br>Fredericksburg, VA 22406 | Perry Sisson<br>66 Le-Way Drive<br>Fredericksburg, VA 22406 | 65.825 Acres<br>Parcel 45-127F | | 287,500.00<br>(894,900.00 secured)<br>(7,157,273.24 senior lien) |
| Perry Sisson<br>66 Le-Way Drive<br>Fredericksburg, VA 22406 | Perry Sisson<br>66 Le-Way Drive<br>Fredericksburg, VA 22406 | 65.825 Acres<br>Parcel 45-127F | Disputed | 400,000.00<br>(894,900.00 secured)<br>(7,444,773.24 senior lien) |

B4 (Official Form 4) (12/07) - Cont.

In re The George Washington National Memorial Cemetery and Garden LLC

Case No. **10-16604**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Perry Sisson**<br>**66 Le-Way Drive**<br>**Fredericksburg, VA 22406** | **Perry Sisson**<br>**66 Le-Way Drive**<br>**Fredericksburg, VA 22406** | **To be determined** | | **800,000.00** |
| **Ross Family Trust**<br>**7854 Willowbrook Road**<br>**Fairfax Station, VA 22039** | **Ross Family Trust**<br>**7854 Willowbrook Road**<br>**Fairfax Station, VA 22039** | **65.825 Acres**<br>**Parcel 45-127F** | | **600,000.00**<br>**(894,900.00 secured)**<br>**(7,844,773.24 senior lien)** |
| **Tom Thorson**<br>**551 Main Street**<br>**Apt. W201**<br>**New York, NY 10044** | **Tom Thorson**<br>**551 Main Street**<br>**Apt. W201**<br>**New York, NY 10044** | **65.825 Acres**<br>**Parcel 45-127F** | | **367,468.00**<br>**(894,900.00 secured)**<br>**(10,686,824.74 senior lien)** |
| **William Flynn**<br>**310 Crossing Road**<br>**Fredericksburg, VA 22406** | **William Flynn**<br>**310 Crossing Road**<br>**Fredericksburg, VA 22406** | **65.825 Acres**<br>**Parcel 45-127F** | | **265,937.50**<br>**(894,900.00 secured)**<br>**(8,593,627.24 senior lien)** |

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the by: Gratian Yatsevitch, President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 20, 2010**

Signature **/s/ World Trade & Investments, Inc., sole Managing Member**

**World Trade & Investments, Inc., sole Managing Member**
**by: Gratian Yatsevitch, President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.