IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| THE GEORGE WASHINGTON NATIONAL ) | Case No. 10-16604-RGM |
| MEMORIAL CEMETERY AND GARDEN LLC, ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Section 1109 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, the law firm listed below appears as counsel for Harry T. Hurley ("Hurley"), a party-in-interest in the above-captioned Chapter 11 case and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon the following:

> Sheila deLa Cruz, Esq.
> Hirschler Fleischer, P.C.
> Post Office Box 500
> Richmond, Virginia 23218-0500
> (804) 771-9500
> (804) 644-0957 (fax)
> sdelacruz@hf-law.com

---

Gary M. Nuckols (VSB No. 14399)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email: gnuckols@hf-law.com
       sdelacruz@hf-law.com

*Counsel for Harry T. Hurley*

PLEASE TAKE FURTHER NOTICE that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints, and orders.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Notices and Documents* (the "Notice") nor any later appearance nor any pleading, proof of claim, claim, or suit shall constitute (a) a consent or waiver of Hurley to the jurisdiction of the Court over it for any purpose, or (b) a waiver of Hurley of (i) the right to have final orders in noncore matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 21, 2010

HARRY T. HURLEY
By: /s/   Sheila deLa Cruz
          Counsel

Gary M. Nuckols (VSB No. 14399)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957
Email: gnuckols@hf-law.com
       sdelacruz@hf-law.com
*Counsel for Harry T. Hurley*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2010, I caused a true and correct copy of the foregoing to be electronically served by the Court's CM/ECF system to counsel for all necessary parties, including counsel for the Debtor and to the Office of the U.S. Trustee.

/s/ Sheila deLa Cruz
Counsel
