UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: THE GEORGE WASHINGTON                                    Case Number 10-16604-RGM
NATIONAL MEMORIAL CEMETERY                                                    Chapter 11
AND GARDEN LLC

Debtor(s)

**ORDER EXTENDING EXCLUSIVITY**

Upon the motion of the Debtor, after proper notice and without objection, it is

ORDERED, that the dates by which only the Debtor may file a disclosure statement and plan and obtain acceptance of such plan are extended 120 days, to April 4, 2011 and June 3, 2011, respectively.

Date: _____

                                                   Robert G. Mayer
                                                   U.S. Bankruptcy Judge

Entered on Docket: _____

I ask for this:

   /s/ Kermit A. Rosenberg
Kermit A. Rosenberg
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006-4604
Virginia State Bar No. 14975
Telephone: 202.454.2800

**PARTIES TO RECEIVE COPIES**

Kermit A. Rosenberg, Esquire
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006-4604

Joseph A. Guzinski, Esquire
Assistant United States Trustee
115 South Union Street, Suite P210
Alexandria, Virginia 22314